■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN TOMPKINS, Appellant. [711 NYS2d 806] —Judgment

unanimously affirmed (*see, People v Lopez*, 71 NY2d 662). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.— Grand Larceny, 4th Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.